UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SARAH FINLAYSON,<br><br>Defendant | Criminal No. 22cr10043<br><br>Violations:<br><br><u>Counts One through Three</u>: Acquiring and Obtaining a Controlled Substance by Misrepresentation, Fraud, Forgery, Deception and Subterfuge<br>(21 U.S.C. § 843(a)(3)) |

## INDICTMENT

### COUNT ONE
Acquiring and Obtaining a Controlled Substance
by Misrepresentation, Fraud, Forgery, Deception and Subterfuge
(21 U.S.C. § 843(a)(3))

The Grand Jury charges:

From on or about February 1, 2017, until on or about October 8, 2020, in Yarmouth, in the District of Massachusetts, the defendant,

SARAH FINLAYSON,

did knowingly and intentionally acquire and obtain a controlled substance, that is, hydrocodone, a Schedule II controlled substance, by misrepresentation, fraud, forgery, deception and subterfuge.

All in violation of Title 21, United States Code, Section 843(a)(3).

## COUNT TWO
Acquiring and Obtaining a Controlled Substance
by Misrepresentation, Fraud, Forgery, Deception and Subterfuge
(21 U.S.C. § 843(a)(3))

The Grand Jury further charges:

From on or about August 6, 2020, until on or about October 15, 2020, in Yarmouth, in the District of Massachusetts, the defendant,

SARAH FINLAYSON,

did knowingly and intentionally acquire and obtain a controlled substance, that is, Alprazolam, a Schedule IV controlled substance, by misrepresentation, fraud, forgery, deception and subterfuge.

All in violation of Title 21, United States Code, Section 843(a)(3).

## COUNT THREE
Acquiring and Obtaining a Controlled Substance
by Misrepresentation, Fraud, Forgery, Deception and Subterfuge
(21 U.S.C. § 843(a)(3))

The Grand Jury further charges:

From on or about November 12, 2017, until on or about September 16, 2020, in Yarmouth, in the District of Massachusetts, the defendant,

SARAH FINLAYSON,

did knowingly and intentionally acquire and obtain a controlled substance, that is, Tramadol, a Schedule IV controlled substance, by misrepresentation, fraud, forgery, deception and subterfuge.

All in violation of Title 21, United States Code, Section 843(a)(3).

A TRUE BILL

/s/ [signature]
FOREPERSON

/s/ Nadine Pellegrini
NADINE PELLEGRINI
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: February 23, 2022
Returned into the District Court by the Grand Jurors and filed.

                                            /s/ Thomas F. Quinn  2/23/22 @ 11:55am.
                                            DEPUTY CLERK